**No. 44223.**—Protest 936174-G of Philip Lien (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

BEFORE THE FIRST DIVISION, AUGUST 27, 1940

**No. 44224.**—Protest 833882-G of Katz Berk Hat Body Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44225.**—Protest 834616—G of Katz Berk Hat Body Co., Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44226.**—Protests 839674-G (B), etc., of Philip Lien (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44227.**—Protests 899966-G (B), etc., of Philip Lien (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.